# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F. | USDC, ED OF WA | 10/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

POST OFFICE BOX 2208
SPOKANE, WASHINGTON 99210-2208

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spokane YMCA Endowment Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  WFN SP WOLF | | | | | | | | | |
| 2.  Cash Richards Merrill Peterson | A | Interest | J | U | | | | | |
| 3.  Atmel Corp. | | None | J | T | | | | | |
| 4.  Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 5.  Bank of America | A | Dividend | | | Sold | 2/14/12 | J | | |
| 6.  Berkshire Hath | | None | N | T | | | | | |
| 7.  Coca Cola | A | Dividend | K | T | | | | | |
| 8.  Com 21 Inc | | None | J | T | | | | | |
| 9.  Cummins | A | Dividend | K | T | Buy | 2/14/12 | K | | |
| 10.  Eaton | A | Dividend | K | T | | | | | |
| 11.  Flextronics | | None | | | Sold | 2/14/12 | K | | |
| 12.  Home Depot | A | Dividend | L | T | | | | | |
| 13.  Honeywell Intl | A | Dividend | L | T | | | | | |
| 14.  Illinois Tool Wks | A | Dividend | K | T | | | | | |
| 15.  Intel Com | A | Dividend | K | T | | | | | |
| 16.  Intuitive Surg | | None | K | T | | | | | |
| 17.  Johnson & Johnson Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Medtronic | A | Dividend | | | Sold | 11/26/12 | J | B | |
| 19. Microsoft | A | Dividend | K | T | | | | | |
| 20. St. Jude Med | A | Dividend | K | T | | | | | |
| 21. Safeway | A | Dividend | K | T | | | | | |
| 22. Stryker | A | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. WFN SP | | | | | | | | | |
| 25. Cash--INB & WTB | A | Interest | J | U | | | | | |
| 26. NW Venture Assc Fund | | None | J | U | | | | | |
| 27. | | | | | | | | | |
| 28. WFN SP83 | | | | | | | | | |
| 29. Ades | | None | J | T | Buy | 3/19/12 | J | | |
| 30. AFLAC | A | Dividend | K | T | | | | | |
| 31. Amer Exp Co | A | Dividend | K | T | | | | | |
| 32. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 33. Bank of America | A | Dividend | J | T | | | | | |
| 34. Baxter Intl | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Beckton Dickinsxon | A | Dividend | K | T | | | | | |
| 36. Bed-Bath-B | | None | J | T | | | | | |
| 37. Berk Hathwy Com | | None | M | T | | | | | |
| 38. Caterpillar | A | Dividend | J | T | | | | | |
| 39. Cisco | | None | K | T | | | | | |
| 40. Coca Cola | A | Dividend | K | T | | | | | |
| 41. Colgate Com | B | Dividend | M | T | | | | | |
| 42. Disney Com | A | Dividend | L | T | | | | | |
| 43. Eaton | A | Dividend | J | T | | | | | |
| 44. Home Depot | B | Dividend | M | T | | | | | |
| 45. Intel Corp | A | Dividend | J | T | | | | | |
| 46. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 47. Kenna Metal | A | Dividend | K | T | Buy | 6/27/12 | J | | |
| 48. McDonalds Corp | B | Dividend | L | T | | | | | |
| 49. Medtronic | A | Dividend | | | Sold | 6/22/12 | K | D | |
| 50. NW Bancorp | A | Dividend | K | T | | | | | |
| 51. Oracle Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pfizer | B | Dividend | K | T | | | | | |
| 53. Proctor & Gamble Co. | A | Dividend | K | T | | | | | |
| 54. RPC Inc. | A | Dividend | K | T | | | | | |
| 55. Safeway | A | Dividend | J | T | | | | | |
| 56. Starbuck's | A | Dividend | K | T | | | | | |
| 57. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 58. Sysco | A | Dividend | K | T | | | | | |
| 59. Target | A | Dividend | K | T | | | | | |
| 60. Telefonica SA | A | Dividend | J | T | | | | | |
| 61. Texas Inst. | A | Dividend | | | Sold | 3/8/12 | K | B | |
| 62. Tractor Supply | A | Dividend | K | T | | | | | |
| 63. Walgreen Co. | A | Dividend | K | T | | | | | |
| 64. Waters Corp. | | None | K | T | | | | | |
| 65. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. WFN SPDRSEA | | | | | | | | | |
| 68. AFLAC | A | Dividend | J | T | Buy | 4/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amer Intl Grp | | None | | | Sold | 8/15/12 | J | | |
| 70. Bank of America | A | Distribution | J | T | | | | | |
| 71. Bed Bath Beyond | | None | J | T | Buy | 12/14/12 | J | | |
| 72. Boeing | A | Dividend | J | T | Buy | 9/19/12 | J | | |
| 73. Cash RBC | A | Interest | J | U | | | | | |
| 74. Chevron Corp. | A | Dividend | K | T | | | | | |
| 75. Deere & Co. | A | Dividend | J | T | | | | | |
| 76. Emerson Elec | A | Dividend | J | T | | | | | |
| 77. Ericsson Tel Co | A | Dividend | J | T | | | | | |
| 78. Heinz Com | A | Dividend | K | T | | | | | |
| 79. Hewlett Packard | A | Dividend | | | Sold | 4/1/12 | J | | |
| 80. J. Hancock Bank & Thrift Fund | A | Dividend | | | Sold | 5/24/12 | J | | |
| 81. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 82. Magna Intl | A | Dividend | J | T | | | | | |
| 83. Medtronics Inc | A | Dividend | J | T | | | | | |
| 84. Merck | A | Dividend | J | T | | | | | |
| 85. Oracle Corp Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Paccar | A | Dividend | J | T | Buy | 6/11/12 | J | | |
| 87. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 88. Stanley Black Decker | A | Dividend | K | T | Buy | 9/19/12 | K | | |
| 89. Starbucks | A | Dividend | K | T | | | | | |
| 90. TEVA | A | Dividend | J | T | | | | | |
| 91. Union Pacific | A | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. MSN SP PTNRS-71 | | | | | | | | | |
| 94. Cash--WTB | A | Interest | J | U | | | | | |
| 95. Cash in Partners | B | Interest | J | U | | | | | |
| 96. Abbott Lab | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 97. AFLAC | A | Dividend | J | T | | | | | |
| 98. Berkshire Hath | | None | K | T | | | | | |
| 99. Brightpoint | | None | | | Sold | 2/21/12 | J | | |
| 100. Caterpillar | A | Dividend | K | T | | | | | |
| 101. Cisco | A | Dividend | J | T | | | | | |
| 102. Costco | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  CSX | A | Dividend | J | T | | | | | |
| 104.  Dow Chem | A | Dividend | J | T | Buy | 2/24/12 | J | | |
| 105.  Emerson Elec | A | Dividend | J | T | Buy | 2/24/12 | J | | |
| 106.  Exxon | A | Dividend | K | T | | | | | |
| 107.  Fiserv Inc. | | None | | | Sold | 2/21/12 | J | | |
| 108.  Ford | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 109.  Home Depot | A | Dividend | K | T | | | | | |
| 110.  Income Fund of Amer | A | Dividend | J | T | | | | | |
| 111.  Intel Corp. | A | Dividend | J | T | | | | | |
| 112.  Johnson-Johnson | A | Dividend | K | T | | | | | |
| 113.  JP Morgan | A | Dividend | J | T | | | | | |
| 114.  Kimberly Clark | A | Dividend | K | T | Buy | 2/24/12 | K | | |
| 115.  LSI Logic | | None | | | Sold | 2/21/12 | J | | |
| 116.  McDonalds | A | Dividend | | | Sold | 4/19/12 | K | | |
| 117.  Microsoft | A | Dividend | J | T | | | | | |
| 118.  Mondeleze Intl | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 119.  Nordstrom | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pepsi Co. | A | Dividend | J | T | | | | | |
| 121. Plum Creek | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 122. Royal Dutch Shell | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 123. Safeway | A | Dividend | J | T | Buy | 6/18/12 | J | | |
| 124. Southwest Airlines | A | Dividend | J | T | | | | | |
| 125. Starbucks | A | Dividend | K | T | | | | | |
| 126. Stryker | A | Dividend | J | T | | | | | |
| 127. TAL | A | Dividend | J | T | Buy | 6/18/12 | J | | |
| 128. TEVA Pharm | A | Dividend | J | T | | | | | |
| 129. UPS | A | Dividend | J | T | | | | | |
| 130. Waste Mgmt | A | Dividend | J | T | | | | | |
| 131. Walgreen | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 132. | | | | | | | | | |
| 133. MSN SP PTNRS 22 | | | | | | | | | |
| 134. Amer CAP Income Bldr FD | A | Dividend | K | T | | | | | |
| 135. Bond Fund Amer | A | Dividend | K | T | | | | | |
| 136. Income Fund Amer | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 10/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Cash--PTNRS | A | Interest | J | U | | | | | |
| 139. Bed Bath Beyond | | None | | | Sold | 12/7/12 | J | | |
| 140. Home Depot | A | Dividend | J | T | | | | | |
| 141. Illinois Tool | A | Dividend | K | T | | | | | |
| 142. Potash | A | Dividend | J | T | | | | | |
| 143. #1 Mineral Rights, Montrial County, N,D. (X) | E | Royalty | K | W | | | | | |
| 144. #2 Mineral Rights, Montrial County, N.D. (X) | E | Royalty | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 10/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ WILLIAM F. NIELSEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544